

Entered on Docket
July 14, 2011

*Bruce A. Markell*
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

1 | KATHLEEN A. LEAVITT
CHAPTER 13 STANDING TRUSTEE
2 | 201 Las Vegas Blvd South Suite 200
Las Vegas, NV  89101
3 | (702) 853-0700

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>**GILBERTO PIZA-CASIANO**<br>**MARIA ENARES PIZA-CASIANO**<br><br>Debtors<br><br>**PRO SE DEBTOR**<br>**Attorney for Debtors** | Chapter 13<br> BKS-11-12850-BAM<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### EX-PARTE ORDER DISMISSING CHAPTER 13
### CASE PURSUANT TO 11 U.S.C. SECTION 521(i)

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan as required within the forty-five (45) day period, which expired on April 16, 2011.

. . .

. . .

. . .

1

**IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

**IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as and for administrative expenses from the balance on hand in this case, if any.

**IT IS SO ORDERED.**

Submitted by:

/s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: July 14, 2011
(CJY)